**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 4, 2011

No. 11-50192
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRES MELENDEZ-MARTINEZ, Also Known as Andres Martinez-Holguin,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 7:10-CR-306-1

Before REAVLEY, SMITH, and PRADO, Circuit Judges.
PER CURIAM:[*]

The attorney appointed to represent Andres Melendez-Martinez has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 11-50192

*California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Melendez-Martinez has not filed a response. We have reviewed the brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.